In re Rodney Eugene SMITH, Petitioner.

No. 01–6576.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Rodney Eugene Smith, Petitioner pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Rodney Eugene Smith filed a petition for a writ of mandamus seeking to have this court issue an order directing the district court to act on his habeas corpus petition. Because the district court recently dismissed Smith's petition for habeas corpus, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*